

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-19-2008

# Selby v. Paterson

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4181

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Selby v. Paterson" (2008). *2008 Decisions.* Paper 70.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/70

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-4181

CAPTAIN ANDREW SELBY,
                                        Appellant

v.

CITY OF PATERSON; CHIEF MICHAEL POSTERINO

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil No. 07-cv-04206)
District Judge:  The Honorable Dennis M. Cavanaugh

Submitted Under Third Circuit LAR 34.1(a)
November 20, 2008

Before:  BARRY, CHAGARES, Circuit Judges, and RESTANI,[*] Judge

(Opinion Filed: December 19, 2008)

OPINION

---

[*]  Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

BARRY, Circuit Judge

Captain Andrew Selby's motion for a Temporary Restraining Order/Preliminary Injunction to prevent defendants from proceeding with disciplinary action against him was denied by order dated October 24, 2007 and entered on the docket the following day. Notice of appeal from the denial was filed on October 29, 2007. By order dated October 30, 2007 and entered on the docket November 1, 2007, the District Court dismissed the action as to all defendants without prejudice. No appeal was taken from the dismissal, and the earlier appeal cannot be deemed premature within the meaning of Fed.R.App.P. 4(a)(2).

There being no action pending in the District Court, the appeal from the denial of the Temporary Restraining Order/Preliminary Injunction will be dismissed as moot.